JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GONZALES MIRANDA,<br><br>　　Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Comm'r of Social Security,<br><br>　　Defendant<br>_____ | Case No.  2:17-CV-01653-CMK<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME<br>TO FILE PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGEMENT** |

　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 38 Days to April 9, 2018, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel has several other filings due on or around the current due date.

**Miranda v. Berryhill**　　　　**Stipulation and Proposed Order**　　　　**E.D. Cal. 2:17-cv-01653-CMK**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 15, 2018
JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: February 17, 2018
MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: February 22, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**Miranda v. Berryhill**   Stipulation and Proposed Order   E.D. Cal. 2:17-cv-01653-CMK