JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GONZALES MIRANDA, | Case No.  2:17-CV-01653-CMK |
| Plaintiff | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Comm'r of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 35 Days to May 14, 2018, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to a backlog in Plaintiff's counsel's workload coupled with competing family obligations.  This will be Plaintiff's final request.

**Miranda v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:17-cv-01653-CMK**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 5, 2018                JACQUELINE A. FORSLUND
                                   Attorney at Law

                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff

Date: April 5, 2018                MCGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   */s/Tina L. Naicker*
                                   TINA L. NAICKER
                                   Special Assistant United States Attorney
                                   *By email authorization

                                   Attorney for Defendant

                                         ORDER

APPROVED AND SO ORDERED.

Dated: April 9, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE