MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ERIC GONZALES MIRANDA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-01653-CMK<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ONE-DAY EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

## ORDER

For good cause appearing therein, IT IS HEREBY ORDERED that the Motion for Extension of Time for Defendant to Respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant shall file its response to Plaintiff's Motion on or before **August 21, 2018**. All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

**Dated: August 21, 2018**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE