# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GONZALES MIRANDA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:17-CV-1653-DMC<br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on January 10, 2019, and Plaintiff appealed. On December 30, 2020, the Ninth Circuit Court of Appeals issued a memorandum disposition affirming in part, reversing in part, and remanding with instructions that this Court remand the matter to the Commissioner of Social Security for further administrative proceedings. The appellate court's mandate issued on February 22, 2021.

/ / /

/ / /

/ / /

1

Consistent with the Ninth Circuit's disposition, this matter is remanded to the agency for further proceedings.

Accordingly, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner of Social Security for further proceedings.

Dated: May 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE